1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7

8                        IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11 | LETICIA GRANADOS TORRES,                | CASE NO. 2:24-CV-02705-JDP
12 |                              Plaintiff,  | STIPULATION AND [PROPOSED] ORDER FOR
                                              | FIRST EXTENSION OF TIME
13 |                     v.                   |
14 | UR JADDOU, ET AL.,                       |
15 |                             Defendants.  |

16

17

18    The Defendants respectfully request a first extension of time in which to respond to the

19 complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship

20 and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending

21 asylum application, which she filed in 2016.  USCIS has scheduled Plaintiff's asylum interview for

22 March 24, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes

23 its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following

24 the successful complete of Plaintiff's asylum interview.  In the event USCIS cancels or

25 reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview

26 within four weeks of the original date.

27 / / /

28
                                                      1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 22, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  December 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: December 3, 2024

/s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:    December 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2